NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**RAPID COMPLETIONS LLC,**
*Appellant*

**v.**

**WEATHERFORD INTERNATIONAL LLC, WEATHERFORD/LAMB, INC., WEATHERFORD US, LP, WEATHERFORD ARTIFICIAL LIFT SYSTEMS, LLC,**
*Appellees*

―――――――――

2019-1317, 2019-1318

―――――――――

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-01232, IPR2017-01236.

―――――――――

## JUDGMENT

―――――――――

TAREK N. FAHMI, Ascenda Law Group, PC, San Jose, CA, argued for appellant.

DOUGLAS R. WILSON, Armond Wilson LLP, Austin, TX, argued for appellees. Also represented by MICHELLE ARMOND, Newport Beach, CA; LESLIE PAYNE, CHRISTOPHER

MICHAEL FIRST, Heim, Payne & Chorush, LLP, Houston, TX.

————————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and SCHALL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| January 21, 2020 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |